## RYAN v. STATE.
### No. 15123.

Court of Criminal Appeals of Texas.
Feb. 24, 1932.

Tom Sanders, of Houston, for appellant.

O'Brien Stevens, Crim. Dist. Atty., and E. T. Branch, both of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being one year in the penitentiary.

The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.